# Exhibit 2

Case 3:18-cv-00031-MMC   Document 1-2   Filed 01/03/18   Page 2 of 12



| My Account | Order Status | Wish Lists | Gift Certificates | View Cart | Sign in or Create an account |

**Search** | Advanced Search | Search Tips

(888) 287-6653

| Home | Rewards Program | California Taxes | Shipping & Returns | Blog | RSS | Newsletter Signup | Contact Us |

## Categories

- Cigars
- Cigar Samplers
- It's a Boy Cigars
- It's a Girl Cigars
- Cigar Accessories
- Electronic Cigar
- Humidors - Desk Top
- Humidors - Travel
- Humidors - Personalized
- Humidors - Display
- Cigar Chairs
- Pipes
- Pipe Accessories
- Various Products & Accessories
- Lighters
- Smoke Odor Control
- Cigar Apparel
- Gift Items
- Gifts - Personalized
- Retail Store Items
- College and Pro Sports Team Gear

## Shop by Price

- $0.00 - $133.00
- $133.00 - $254.00
- $254.00 - $375.00
- $375.00 - $496.00
- $496.00 - $617.00

## Our Newsletter

Your First Name:

Your Email Address:

[Subscribe me]

Home > Cigars

# Cigars

Sort by: Featured Items


**601 Cigars**


**A. Turrent**


**Acid Cigars**


**Acid Krush**


**Affinity**


**Aging Room**


**Agio Mehari's**


**Al Capone**


**Alcazar**


**Alec Bradley**


**Ambrosia**


**Anoranzas Cigars**


**Antonio y Cleopatra**


**Arturo Fuente**


**Ashton**


**Asylum**


**Avanti**


**AVO**


**AVO Domaine**


**AVO XO**


Our Rewards Program

## Current Top Sellers

**1** Supre Sweets Perfectos
$24.57 $21.58
[Add To Cart]

**2** Montecristo White Toro Grande
$225.18 $157.00
Not Rated
Add To Cart

**3** Supre Sweets Cigarillos
$23.90 $21.14
Not Rated
Add To Cart

**4** Blackstone Little Cigar Mild Vanilla
$28.46 $24.21
Not Rated
Add To Cart

**5** Phillies Cheroots - Pack
$55.53 $42.48
Not Rated
Add To Cart

## Popular Products 

Captain Black Little Cigars - Sweet
$37.28 $30.16

Brioso Gigante Maduro


Azan


Baccarat


Backwoods


Bandidos

$101.50 $73.51
Add To Cart

Supre Sweets Perfectos
$24.57 $21.58
Add To Cart


Battleground Cigars


BG Meyer


Blackstone


Blood Red Moon

La Palina Black Label Gordo
$232.30 $165.30
Add To Cart

La Palina Mr. Sam Corona
$222.20 $158.49
Add To Cart


Blue Ribbon


Bold by Nish Patel


Bolivar


Brick House By J.C. Newman



New Products

Moscato Vivace
$237.47 $205.80
Not Rated
Add To Cart


Brioso


Butera


Cabaiguan


Camacho

Romeo Anejo By Romeo & Julieta Toro
$198.00 $142.15
Not Rated
Add To Cart

Romeo Anejo By Romeo & Julieta Robusto
$192.50 $138.44
Not Rated
Add To Cart


CAO


Captain Black


Carbonell


Carlos Torano

Romeo Anejo By Romeo & Julieta Piramides
$203.50 $145.86
Not Rated
Add To Cart

Zino Platinum Crown Chubby Especial Tubos
$413.09 $287.34
Not Rated
Add To Cart


Casa Bella


Casa de Garcia


Casa de Ortez


Casino Gold


Cheap Bastard


Cheyenne Filtered Cigars


Cohiba


Cojimar

Our Rewards Program





Contraband

Courvoisier

Criss Cross

Cuban Rounds






Cubero

Cuesta Rey

Curivari

Cusano






Davidoff

Diamond Crown

De Nobili

Dean's Large Cigars






Decision Bundles

Don Diego

Don Jose

Don Lino






Don Mateo

Don Pepin Garcia

Don Tomas

Dreams Filtered Cigars






Dunhill

Dutch Delites

Dutch Masters

Djarum






Edgar Hoill

El Baton

El Centurian

El Producto



Our Rewards Program


El Reloj


El Rey Del Mundo


El Rico Habano


EP Carrillo


Epoca


Factory Throwouts


Flor De Las Antillas


Flor de Oliva


Fonseca


Foyle


Garcia y Vega


Gold Rush


Gispert


Gran Habano


Griffin's


Guillermo Leon


Gurkha


H. Upmann


Hav-A-Tampa


Havana Honeys


Helix


Henry Clay


Hoyo de Monterrey


Isla del Sol


Island Collection Flavors


J. C. Newman Factory Throwouts


Jaime Garcia


Java by Drew Estates


Our Rewards Program


John Hay Cigars


Joya de Nicaragua


Juan Lopez


Kentucky Cheroots


Kentucky Fire Cured


King Edward


Kristoff


La Antiguedad


La Aroma De Cuba


La Aurora


La Boheme


La Duena


La Finca


La Flor Dominicana


La Gloria Cubana

La Palina


La Riqueza


La Unica


La Vieja Habana

Laranja


Las Cabrillas


Leccia Cigars


Leon Jimenes


Liga Undercrown


Lucky Leaf


Macabi


Macanudo


Maker's Mark




Maria Mancini


Mayorga


Mi Dominicana


Miami Suites


Montecristo


Montesino


Moscato Cigars


Moya


Muriel


My Father by Don Pepin Garcia


My Uzi Weighs a Ton


Nat Sherman




National Brand


Natural by Drew Estates


Neos


New World



Nica Rustica


Nimmy D Cigars


Nirvana


Nobel


Nording by Rocky Patel


NUB by Oliva


Oliva

Oliva Cain


Omar Ortez Originals


Onyx


Padilla


Padron


Our Rewards Program


Panter


Parodi


Partagas


PDR Cigars


Phillies


Pom Pom Operas


PrimeTime


Primo Del Rey


Project 805


Psyko Seven


Punch


Quesada


Quorum


Ramrod


Red Buck


Red Witch


Rigoletto


Rocky Patel


Roll Back


Romeo y Julieta


Room 101


Rosa Cuba


Rum Runner


Saint Luis Rey


San Cristobal


San Lotano


Sancho Panza


Santa Fe


Our Rewards Program


Schizo


Sindicato


Smoker's Choice


Smokers Best


Smokin Joes


Sosa


Supre Sweets


SWAG


Swisher Sweets


Tabacos Baez by Don Pepin Garcia


Tabak Especial


Tampa Trolleys


Tatiana


Tatuaje


Te-Amo


The Repeater


Thunder by Nimish


Tiparillo


Trader Jacks


Trinidad


Vega Fina


Villiger


West Indies Vanilla


White Owl


Winchester


Wintermans


Xen by Nish Patel


Zig Zag


Our Rewards Program



[Zino](#)

Pages:   1  2  3  4  5  6          Next »


**60 by Sosa 460**
$110.00 $79.25
Not Rated
☐ Compare
Add To Cart


**60 by Sosa 560**
$116.00 $83.30
Not Rated
☐ Compare
Add To Cart


**60 by Sosa 660**
$140.00 $99.50
Not Rated
☐ Compare
Add To Cart


**60 by Sosa 760**
$150.00 $106.25
Not Rated
☐ Compare
Add To Cart


**601 Blue Label Maduro Prominente**
$179.00 $129.33
Not Rated
☐ Compare
Add To Cart


**601 Blue Label Maduro Robusto**
$126.00 $93.55
Not Rated
☐ Compare
Add To Cart


**601 Blue Label Maduro Toro**
$126.00 $93.55
Not Rated
☐ Compare
Add To Cart


**601 Blue Label Maduro Torpedo**
$126.00 $93.55
Not Rated
☐ Compare
Add To Cart


**601 Green Label Oscuro Corona**
$149.10 $109.14
Not Rated
☐ Compare
Add To Cart


**601 Green Label Oscuro La Fuerza**
$149.10 $109.14
Not Rated
☐ Compare
Add To Cart


**601 Green Label Oscuro Trabuco**
$149.10 $109.14
Not Rated
☐ Compare
Add To Cart


**601 Green Label Oscuro Tronco**
$149.10 $109.14
Not Rated
☐ Compare
Add To Cart


**601 Habano Green Label Oscuro La Punta**
$149.10 $109.14
Not Rated


**601 La Bomba Atom**
$79.50 $62.16


**601 La Bomba Atomic**
$87.50 $67.56


**601 La Bomba Napalm**
$84.50 $65.54
Not Rated
☐ Compare

Our Rewards Program

☐ Compare
Add To Cart          Add To Cart          Add To Cart          Add To Cart

Compare selected

Pages:   1  2  3  4  5  6                                            Next »

All prices are in USD Copyright 2017 CigarStoreOnline.com. Sitemap |

