Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460  561 533-0330

Return of Service

Case No: 3:18 cv 31     Court: United States District, Northern California

Plaintiff: BRYAN GLYNN

Defendant: THE CIGAR STORE, INC. d/b/a CIGAR STORE ONLINE

Hearing Date: 21 days
Writ: Summons, Complaint for Copyright Infringement, Exhibits, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges, Joint Case Management Statement & (Proposed) Order, Consenting to the Jurisdiction of a Magistrate Judge
For: Jonah A Grossbardt, Esq.
     Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:   THE CIGAR STORE, INC. d/b/a CIGAR STORE ONLINE
                   c/o Registered Agent Robert Capielo
                   45633 Jaguar Way, Temecular CA 92592

Majestic Process received this process on January 9, 018 at 6:00 p.m.

I, KENNETH JAMES HASTINGS, executed service on JANUARY 16th 20 18.
at 4:10 am/pm.
I delivered a copy of this process in accordance with state statutes in the manner below:

__X__ CORPORATE SERVICE: Served ROBERT CAPIELO as AGENT FOR SERVICE

_____ NON SERVICE: For the reasons in the comments below.

DESCRIPTION: sex M  age 65  race W  height 5'9"  weight 175  hair Grey  eyes Glasses  other marks _____
COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

Process Server # RIVERSIDE RPS#1268
In Good Standing in the Court
in which this was served