UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                        General Court Number
Clerk of Court                                                                                                  415-522-2000

February 23, 2018

RE: 18-cv-00031-MMC  Glynn v. Cigar Store, Inc.

Default is entered as to Cigar Store, Inc. on February 23, 2018.

Susan Y. Soong, Clerk

*(signature)*

by: Maria Loo
Case Systems Administrator