IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYAN GLYNN,

        Plaintiff,

   v.

CIGAR STORE, INC.,

        Defendant.

Case No.  18-cv-00031-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT**

On January 19, 2018, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of his complaint, filed January 3, 2018.

**IT IS SO ORDERED.**

Dated: March 2, 2018

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California