IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN GLYNN,<br>        Plaintiff,<br>  v.<br>CIGAR STORE, INC.,<br>        Defendant. | Case No. 18-cv-00031-MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF** |

On January 3, 2018, plaintiff Bryan Glynn ("Glynn") filed his Complaint in the above-titled action, naming Cigar Store, Inc. d/b/a Cigar Store Online ("Cigar Store") as the sole defendant. On January 16, 2018, Glynn served Cigar Store with the summons and Complaint. (See Dkt. No. 9.)

On February 22, 2018, Cigar Store having filed no response to the Complaint, Glynn moved for entry of default, which was entered on February 23, 2018.

In light of the above, the Case Management Conference, presently set for April 6, 2018, is hereby VACATED, and Glynn is hereby DIRECTED to file, no later than May 7, 2018, either a Motion for Default Judgment or a statement indicating why he should not be required to do so.

**IT IS SO ORDERED.**

Dated: April 2, 2018

MAXINE M. CHESNEY
United States District Judge