IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN GLYNN,<br><br>    Plaintiff,<br><br>    v.<br><br>CIGAR STORE, INC.,<br><br>    Defendant. | Case No. 18-cv-00031-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE MOTION FOR DEFAULT JUDGMENT ON DEFENDANT** |

    Before the Court is plaintiff Bryan Glynn's ("Glynn") Motion for Default Judgment, filed May 7, 2018, and set for hearing on June 15, 2018. The docket in the above-titled action includes no document suggesting defendant Cigar Store, Inc. d/b/a Cigar Store Online ("CSO") has been served with the instant motion.

    Pursuant to Rule 55 of the Federal Rules of Civil Procedure, "[i]f the party against whom a default judgment is sought has appeared personally or by a representative, that party or representative must be served with written notice of the application at least 7 days before the hearing." See Fed. R. Civ. P. 55(b)(2). Although, as Glynn points out, CSO has not formally appeared, two exhibits submitted by Glynn in support of the motion contain email exchanges between Glynn and CSO regarding a possible resolution of the matter, and the Ninth Circuit has held "informal contacts" between parties can constitute an appearance, thereby requiring service pursuant to Rule 55(b)(2). See In re Roxford Foods, Inc., 12 F.3d 875, 879 (9th Cir. 1993).

    Under such circumstances, albeit without at this time determining the emails submitted here constitute an appearance, the Court finds it preferable that CSO be served with the instant motion.

Accordingly, Glynn is hereby DIRECTED to serve, no later than May 29, 2018, the instant motion on CSO.

**IT IS SO ORDERED.**

Dated: May 23, 2018

MAXINE M. CHESNEY
United States District Judge