Jonah A. Grossbardt (State Bar No. 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
BRYAN E. GLYNN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. GLYNN, | Case No.: 3:18-cv-00031-MMC |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| THE CIGAR STORE, INC. D/B/A CIGAR STORE ONLINE, | |
| Defendant. | |

Plaintiff, Bryan E. Glynn ("Plaintiff"), by and through his undersigned counsel, hereby states that pursuant to the Court's Order Directing Plaintiff to Serve Motion for Default Judgment on Defendant ("Court Order") (ECF 18) that counsel served Plaintiff's Notice of Motion for Default Judgment Against Cigar Store, Inc. d/b/a Cigar Store Online (ECF 17 through 17-12) and the Court's Order on Defendant The Cigar Store Online Inc. d/b/a Cigar Store Online via Federal Express and electronic mail on May 24, 2018 to Robert Capielo, registered agent for the Cigar Store Inc., d/b/a Cigar Store

1  Online at 45633 Jaguar Way Temecula, CA 92592 and via electronic mail at

2  orders@cigarstoreonline.com.

3  DATED: May 24, 2018             */s/ Jonah A. Grossbardt*
                                    JONAH A. GROSSBARDT
4                                   **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
5                                   Attorneys for Plaintiff Bryan E. Glynn

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on May 24, 2018, a true and correct copy of the foregoing document has been sent via email and Federal Express to all parties listed on the Service List below.

                      */s/ Jonah A. Grossbardt*
                      JONAH A. GROSSBARDT, ESQ.

**SERVICE LIST**

Robert Capielo
Cigar Store Inc., d/b/a Cigar Store Online
45633 Jaguar Way
Temecula, CA 92592
Email: orders@cigarstoreonline.com