IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYAN GLYNN,
        Plaintiff,

v.

CIGAR STORE, INC.,
        Defendant.

Case No. 18-cv-00031-MMC

**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; DENYING AS MOOT PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE**

Before the Court is plaintiff Bryan Glynn's ("Glynn") Motion for Default Judgment, filed May 7, 2018.[1] By order filed June 6, 2018, the Court afforded Glynn an opportunity to file supplemental declarations, which Glynn subsequently filed. Having read and considered the papers filed in support of the motion, the Court deems the matter appropriate for determination on Glynn's written submissions, and hereby VACATES the hearing scheduled for July 6, 2018.

In light of the above, Glynn's Administrative Motion, filed June 21, 2018, by which Glynn seeks to continue the July 6, 2018, hearing, is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: June 26, 2018

MAXINE M. CHESNEY
United States District Judge

---

[1] On May 24, 2018, Glynn served defendant Cigar Store, Inc. d/b/a Cigar Store Online ("CSI") with notice of the instant motion. To date, CSI has not filed a response.