UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRYAN GLYNN,

    Plaintiff.

v.

CIGAR STORE, INC.,

    Defendant.

Case No.  18-cv-00031-MMC

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 25

   **(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

For the reasons set forth, Glynn's motion is hereby GRANTED in part and DENIED in part, as follows:

    1.  To the extent Glynn seeks a default judgment against CSI, the motion is GRANTED.

    2.  To the extent Glynn seeks an award of statutory damages under the DMCA, the motion is GRANTED, and Glynn shall have judgment against CSI in the amount of $3500.

    3.  To the extent Glynn seeks statutory damages under the Copyright Act, the motion is DENIED.

    4.  To the extent Glynn seeks a permanent injunction, the motion is DENIED.

    5.  To the extent Glynn seeks attorney's fees and costs in the amount of $6817.77, the motion is GRANTED; to the extent Glynn seeks leave to file documentation supporting additional fees, the motion is DENIED.

   **IT IS SO ORDERED AND ADJUDGED**

Dated: 6/29/2018

Susan Y. Soong, Clerk

*Tracy Geiger* (signature)

Tracy Geiger
Deputy Clerk